## 1

**PIONEER STEAMSHIP COMPANY, Libellant-Appellee, v. 92,680 BUSHELS OF WHEAT, Part of the Cargo of the Steamer James P. Walsh, Chesapeake Export Company, Inc., Claimant, Respondent and Appellant.**

(Circuit Court of Appeals, Second Circuit. March 15, 1926.)

No. 243.

Appeal from the District Court of the United States for the Western District of New York.

Stanley & Gidley, of Buffalo, N. Y. (Ray M. Stanley and Ellis H. Gidley, both of Buffalo, N. Y., of counsel), for appellant.

Holding, Duncan & Leckie, of Cleveland, Ohio, and Thomas C. Burke, of Buffalo, N. Y., for appellee.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree (1 F.[2d] 558) affirmed.

## 2

**H. V. PLATTNER, Plaintiff in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. January 5, 1926.)

No. 7051.

In Error to the District Court of the United States for the Western District of Missouri.

Ed C. Hyde, of Kansas City, Mo., for plaintiff in error.

Charles C. Madison, U. S. Atty., of Kansas City, Mo.

PER CURIAM. Dismissed, without costs to either party in this court, on motion of defendant in error, under rule 24.

## 3

**O. W. RASH v. OHIO VALLEY BANKING & TRUST COMPANY, Trustee of Green River Jockey Club, Bankrupt.**

(Circuit Court of Appeals, Sixth Circuit. January 14, 1926.)

No. 4488.

Petition to Revise an Order of the District Court of the United States for the Western District of Kentucky; Charles I. Dawson, Judge.

Emile Steinfeld, of Louisville, Ky., and Vance & Heilbronner, of Henderson, Ky., for Petitioner.

Dorsey & Dorsey, of Henderson, Ky., for respondent.

PER CURIAM. Dismissed, pursuant to respondent's motion.

See, also, 5 F.(2d) 259.

## 4

**Otis REESE v. Arthur J. TUTTLE and Charles C. Simons, United States District Judges for the Eastern District of Michigan.**

(Circuit Court of Appeals, Sixth Circuit. November 12, 1925.)

No. 4493.

Petition for Mandamus to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

Otis Reese, of Leavenworth, Kan., for petitioner.

Delos G. Smith, U. S. Atty., of Detroit, Mich., for respondents.

PER CURIAM. Order dismissing proceeding.

## 5

**C. B. RENEGAR v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. January 4, 1926.)

No. 4416.

In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge.

L. H. Graves, of Memphis, Tenn., for plaintiff in error.

S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed, pursuant to motion of counsel for plaintiff in error.

See, also, 11 F.(2d) 1015.

## 6

**C. B. RENEGAR v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. January 4, 1926.)

No. 4417.

In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge.